

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2016

No. 04-16-00134-CR

Edward J. **NAVARRO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0482-CR-B
The Honorable William Old, Judge Presiding

# O R D E R

The reporter's record was due on April 4, 2016. *See* TEX. R. APP. P. 35.1. After we granted three requests for extensions of time to file the reporter's record, the record was due on June 27, 2016.

On the due date, Patricia M. Wagner filed a fourth notification of late reporter's record. The notice included a status report indicating the volumes already submitted, the incomplete volumes, and the work needed to complete the unfinished volumes. The notice also requested an extension of time to file the record until July 5, 2016, for a total extension of ninety days.

The request is GRANTED; the reporter's record is due on July 5, 2016. **NO FURTHER EXTENSIONS OF TIME TO FILE THE REPORTER'S RECORD WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2016.



Keith E. Hottle
Clerk of Court